FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2023

No. 04-22-00816-CV

**ETC TEXAS PIPELINE, LTD.** and LG PL, LLC,
Appellants

v.

**AGERON ENERGY, LLC**,
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-22-0011-CV-A
Honorable Janna K. Whatley, Judge Presiding

# O R D E R

Appellants' brief was originally due December 29, 2022. We granted appellants' first motion for extension of time, extending the deadline for filing the brief to January 18, 2023. On January 6, 2023, appellants filed a motion requesting an additional extension of time to file the brief until February 7, 2023, for a total extension of forty days. After consideration, we **GRANT** the motion and **ORDER** appellants to file their brief **by February 7, 2023**. Further requests for extension of time will be disfavored.

It is so **ORDERED** on January 6, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT